# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 21−32119−KLP
**Chapter** 13

**In re:**

Cajuana Arvette Newman
4400 Bramblewood Lane Apt. 3521
Henrico, VA 23228

SSN: xxx−xx−4462                                        EIN: NA

## NOTICE OF CONFIRMATION OF CHAPTER 13 PLAN OR
## AMENDED/MODIFIED CHAPTER 13 PLAN

Notice is hereby given of the entry of an order of this court on August 2, 2022, confirming the Chapter 13 Plan or Amended/Modified Plan filed by the debtor(s) in this case.

The original order is on file in the Clerk's Office.

Dated:   August 2, 2022                          For the Court,

                                                 William C. Redden, Clerk
[ntcConfCh13PlanvNov2020.jsp]                    United States Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re:        Case No. 21-32119-KLP

Cajuana Arvette Newman        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7     User:     Page 1 of 3
Date Rcvd: Aug 02, 2022     Form ID: ntc13cfp     Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cajuana Arvette Newman, 4400 Bramblewood Lane Apt. 3521, Henrico, VA 23228-3640 |
| 15692289 | + | Aden Park II Apartments, 5824 Westover Village Drive, Richmond, VA 23225-6044 |
| 15692291 | + | Alexis Duncan, 427 Villa Ave, Fairfield, CT 06825-1946 |
| 15692296 | + | Bechtle, Thaddeus, 2396 Liberty Way, Ste 200, Virginia Beach, VA 23456-3467 |
| 15692298 | ++ | CARTER YOUNG INC, 882 N MAIN STREET, SUITE 120, CONYERS GA 30012-4442 address filed with court:, Carter-Young Inc., 882 N. Main St., Suite 120, Conyers, GA 30012-0000 |
| 15692304 | + | Dove Street LLC, 1132 Dove St., Richmond, VA 23222-4500 |
| 15692305 | + | DuPont Fibers FCU, PO Box 72, Chesterfield, VA 23832-0900 |
| 15692308 | + | HarrisLoftus, PLLC, 7900 Sudley Road, Suite 608, Manassas, VA 20109-2806 |
| 15692312 | + | LCA Collections, Re: LabCorp, 1250 Chapel Hill Road, Burlington, NC 27215-7141 |
| 15692313 | + | Loyola Univ of Chicago, 100 Global View Dr., Suite 800, Warrendale, PA 15086-7612 |
| 15733280 | + | Ronald Stallings Properties/Walker Row Partnership, c/o Richard J Knapp & Associates, 1910 Byrd Avenue Suite #5, Richmond VA 23230-3034 |
| 15692316 | + | Scott & Associates, P.C., P.O. Box 62999, Virginia Beach, VA 23466-2999 |
| 15692318 | + | Shady Grove Adventist Hospital, 9901 Medical Center Dr., Rockville, MD 20850-3395 |
| 15692320 | + | Stripe, Inc., Perkins Coie LLP, Attn: Deborah Kennedy, 1900 Sixteenth St, Ste. 1400, Denver, CO 80202-5255 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15692288 | | Email/Text: Support@adastrarecoveryservicesinc.com | Aug 03 2022 00:14:00 | AD Astra Recovery Services, 8918 W. 21st Street N., Suite 200, PMB 303, Wichita, KS 67205-1880 |
| 15692290 | | Email/Text: bankruptcynotices@afterpay.com | Aug 03 2022 00:14:00 | Afterpay, 222 Kearny st, #600, San Francisco, CA 94108-0000 |
| 15692293 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 03 2022 00:14:00 | Bank of America, P.O. Box 982235, El Paso, TX 79998-0000 |
| 15692294 | | Email/Text: bankruptcy@bbandt.com | Aug 03 2022 00:14:00 | BB&T, 223 West Nash St, Wilson, NC 27893-0000 |
| 15692292 | + | Email/Text: bankruptcies@banfield.net | Aug 03 2022 00:15:00 | Banfield Pet Hospital, 18101 SE 6thWay, Vancouver, WA 98683-7509 |
| 15692297 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 03 2022 00:17:48 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15692300 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2022 00:29:33 | CitiCards CBNA, 701 E 60th Street N, Sioux Falls, SD 57104-0432 |
| 15699987 | + | Email/Text: BANKRUPTCY.NOTICES@RICHMONDGOV.COM | Aug 03 2022 00:15:20 | City of Richmond City Hall, Room 109 Delinquent Taxes, 900 East Broad Street, Richmond VA 23219-1907 |
| 15692301 | + | Email/Text: BANKRUPTCY.NOTICES@RICHMONDGOV.COM | Aug 03 2022 00:15:20 | City of Richmond - TAX, 900 E. Broad Street. Room 107, Richmond, VA 23219-1907 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15692302 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 03 2022 00:17:53 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15692303 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 03 2022 00:15:00 | Dept Of Ed/Nelnet, 121 S 13Th Street, Lincoln, NE 68508-1904 |
| 15692306 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 03 2022 00:17:27 | First Premier Bank, Attn: Bankruptcy Dept., PO Box 5524, Sioux Falls, SD 57117-5524 |
| 15692307 | ^ | MEBN | Aug 03 2022 00:13:01 | Geico, One Geico Plaza, Bethesda, MD 20810-0001 |
| 15692309 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 03 2022 00:15:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303-0000 |
| 15692299 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 03 2022 00:18:06 | Chase, Attn: Bankruptcy Dept, 201 N. Walnut Street, Wilmington, DE 19801-0000 |
| 15692310 | | Email/Text: customerservice.us@klarna.com | Aug 03 2022 00:14:00 | Klarna Inc., 629 N. High Street 3rd Floor, Columbus, OH 43215-0000 |
| 15692311 | | Email/Text: govtaudits@labcorp.com | Aug 03 2022 00:14:00 | Labcorp, Re: Bankruptcy Dept., PO Box 2240, Burlington, NC 27216-0000 |
| 15692317 | | Email/Text: clientsupport@lead.bank | Aug 03 2022 00:14:00 | Self Financial Inc/ Lead Bank, 1801 Main Stret, Kansas City, MO 64108-0000 |
| 15692314 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2022 00:29:22 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15719718 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2022 00:17:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15717338 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2022 00:29:23 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15692315 | + | Email/Text: bknotice@michaelwayneinvestment.com | Aug 03 2022 00:14:00 | Michael Wayne Investment Co., 2900 Sabre Street, #75, Virginia Beach, VA 23452-7488 |
| 15721187 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 03 2022 00:14:00 | BBVA USA, PO Box 10566, Birmingham, AL 35296 |
| 15787418 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 03 2022 00:14:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 15692295 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 03 2022 00:14:00 | BBVA, 15 20th St S STE 1501, Birmingham, AL 35233-0000 |
| 15692321 | | Email/Text: bankruptcy@self.inc | Aug 03 2022 00:14:00 | Sunrise Bank Self Lender, 515 Congress Ave, Suite 220, Austin, TX 78701-0000 |
| 15692319 | + | Email/Text: bankruptcy@speedyinc.com | Aug 03 2022 00:14:00 | Speedy Cash, PO Box 780408, Wichita, KS 67278-0408 |
| 15693056 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Aug 03 2022 00:14:00 | U.S. Attorney's Office, 919 E. Main St., Ste. 1900, Richmond, VA 23219-4625 |
| 15694070 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 03 2022 00:15:00 | US Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 15701136 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Aug 03 2022 00:14:00 | United Auto Credit Corporation, PO Box 163049, Fort Worth, TX 76161-3049 |
| 15692322 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Aug 03 2022 00:14:00 | United Auto Credit Corporation, 1071 Camelback Street, Suite 100, Newport Beach, CA 92660-3046 |
| 15729578 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 03 2022 00:17:50 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15692323 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 03 2022 00:14:00 | Verizon, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |
| 15692324 | + | Email/Text: bankruptcynotification@vacu.org | | |

| District/off: 0422-7 | User: | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 02, 2022 | Form ID: ntc13cfp | Total Noticed: 52 |

|  |  |  | Aug 03 2022 00:15:00 | Virginia Credit Union, P.O. Box 90010, Richmond, VA 23225-9010 |
|---|---|---|---|---|
| 15692325 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 03 2022 00:15:00 | WEBBANK/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15692326 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 03 2022 00:28:57 | Wells Fargo Bank, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 15692327 | + | Email/Text: inchargehq@westcreekfin.com | Aug 03 2022 00:15:00 | West Creek Financial, P.O. Box 5518, Glen Allen, VA 23058-5518 |
| 15692328 |   | Email/Text: ebankruptcy@woodforest.com | Aug 03 2022 00:15:00 | Woodforest National Bank, PO Box 7889, The Woodlands, TX 77387-7889 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | PNC BANK, NATIONAL ASSOCIATION |
| cr |  | United Auto Credit Corporation |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carl M. Bates | station01@richchap13.com<br>station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com |
| Daniel James Webster | on behalf of Debtor Cajuana Arvette Newman ecf@bolemanlaw.com  ecfbackup@bolemanlaw.com |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Patrick Thomas Keith | on behalf of Debtor Cajuana Arvette Newman ecf@bolemanlaw.com ecfbackup@bolemanlaw.com;keithpr71011@notify.bestcase.com |
| Sara A. John | on behalf of Creditor United Auto Credit Corporation sara_john@eppspc.com |

TOTAL: 5